UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TROY LEE PERKINS, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | 3:14-CV-4366-B-BK |
| | § | |
| WILLIAM STEPHENS, Director | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
|     Respondent. | § | |

## JUDGMENT

The Court has entered its Order Accepting the Findings, Conclusions and Recommendation of the United States Magistrate Judge in this case. It is therefore ORDERED, ADJUDGED AND DECREED that the successive habeas petition is **TRANSFERRED** to the United States Court of Appeals for the Fifth Circuit. See 28 U.S.C. § 2244(b)(3).

The Clerk of the Court is **directed** to close this case.

SO ORDERED this 13th day of January, 2015.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE